1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   ERNEST MEDINA,                    )
                                       )        1: 08 CV 0169 AWI DLB P
11                   Plaintiff,        )
                                       )        ORDER GRANTING MOTION TO
12        v.                           )        DISMISS AND DISMISSING ACTION
                                       )        PURSUANT TO PLAINTIFF'S
13   PROPERTY OFFICER, et al           )        NOTICE OF VOLUNTARY
                                       )        DISMISSAL
14                   Defendants.       )
     _____)        (DOC # 9)
15

16          Plaintiff is a prisoner proceeding pro se.  Plaintiff has filed a civil rights complaint and has

17   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18          On February 28, 2008, plaintiff filed a document in which he states that he wishes to dismiss

19   this action.  Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by

20   plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a

21   motion for summary judgment.  None of the defendants named in this action have been served with

22   the complaint, thus they have not filed an answer or other responsive pleading.

23          Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal

24   and the Clerk of Court is directed to close the file in this action.

25

26   IT IS SO ORDERED.

27   Dated:    March 10, 2008              _____/s/ Anthony W. Ishii_____
                                           UNITED STATES DISTRICT JUDGE
28